# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RENELLE NARINE,

    Plaintiff,

v.                                            Case No: 8:23-cv-858-CEH-AEP

RAPID WEB SERVICES, LLC,

    Defendant.
_____

## ORDER

Upon consideration of the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 23), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, with each party to bear their own costs and attorney's fees. Accordingly, it is hereby

**ORDERED** that the above-captioned cause is **DISMISSED** with prejudice. The Clerk is directed to terminate pending motions, if any, and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on September 15, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties